UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIMBERLY GRAHAM,** | ) |
| **Petitioner,** | ) ) ) |
| v. | ) )  Case No. 23-CV-0164-CVE-SH |
| **TAMIKA WHITE, Warden,** | ) ) ) |
| **Respondent.** | ) ) |

**ORDER DIRECTING PETITIONER TO FILE STATUS REPORT**

Petitioner Kimberly Graham, appearing through counsel, initiated this action on April 25, 2023, by filing an "Application for a Writ of Habeas Corpus Pursuant to [28] U.S.C.A. 2254 and 2241" (Dkt. # 1). Graham challenges as unconstitutional her present confinement under the re-instated judgment and sentence entered against her in Tulsa County District Court Case No. CF-2007-5987. As directed, respondent filed a response (Dkt. # 8), and petitioner filed a reply (Dkt. 9). On preliminary review of the materials submitted, the Court finds it necessary to determine whether petitioner sought any form of relief in the United States Supreme Court, either before or after initiating this habeas action.

**IT IS THEREFORE ORDERED** that, **on or before May 31, 2023**, petitioner shall file a status report informing the Court whether she has filed any request for relief in the United States Supreme Court related to the issues raised in this habeas action and, if so, providing the nature of relief sought, the date relief was sought, and the case number.

**DATED** this 25th day of May, 2023.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE