IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KIMBERLY GRAHAM,** | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | Case No. 23-CV-0164-CVE-SH |
| -vs- | ) | |
| | ) | |
| 1)THE HONORABLE TRACY PRIDDY | ) | Relates to Doc. 10 |
| And 2) TAMIKA WHITE, Warden, | ) | |
| Respondents. | ) | |
| | ) | |

**PETITIONER'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE STATUS REPORT**

COMES NOW, the Petitioner, Kimberly Graham, through her attorney, and hereby requests an extension of time to file a status report in the above referenced matter, to wit:

1. THAT on or about May 25, 2023, this Court issued an order for the Petitioner to advise the Court of her status relating to a writ of certiorari to the United States Supreme Court on or before today, May 31, 2023;

2. THAT the Petitioner has been seeking the advice of experts on this matter and an additional ten (10) days would be helpful in issuing that report;

3. THAT the undersigned has communicated with the Assistant Attorney General, Ms. Crabb, who has no objection to the Court granting this motion;

4. WHEREFORE the Petitioner prays for ten (10) days until June 10, 2023, to comply with the Court's order.

Respectfully submitted to the Court and delivered to:

Jennifer L. Crabb
Assistant Attorney General
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Service email: fhc.docket@oag.state.ok.us

As of May 16, 2023, by

/s/ Richard O'Carroll
T. Richard O'Carroll, OBA # 11947
***O'Carroll & O'Carroll***
2171 N. Vancouver
Tulsa, OK 74127
918-581-2464
troc@cox.net

**ATTORNEY FOR KIMBERLY GRAHAM**