IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIMBERLY GRAHAM,** ) | |
| Petitioner, ) | |
| ) | |
| ) | Case No. 23-CV-0164-CVE-SH |
| -vs- ) | |
| ) | |
| 1)THE HONORABLE TRACY PRIDDY ) | Relates to Doc. 10 |
| And 2) TAMIKA WHITE, Warden, ) | |
| Respondents. ) | |

**PETITIONER'S STATUS REPORT REGARDING APPEAL TO
THE UNITED STATES' SUPREME COURT**

COMES NOW, the Petitioner, Kimberly Graham, through her attorney, and hereby in response to the Court referenced order shows and informs the Court, to wit:

1. THAT on or about May 25, 2023, this Court issued an order for the Petitioner to advise the Court of her status relating to a writ of certiorari to the United States Supreme Court;

2. THAT the Petitioner has not sought any relief in the Untied States' Supreme Court;

              Respectfully submitted to the Court and delivered to:

Jennifer L. Crabb
Assistant Attorney General
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Service email: fhc.docket@oag.state.ok.us

            As of June 12, 2023, by

            /s/ Richard O'Carroll
            T. Richard O'Carroll, OBA # 11947
            ***O'Carroll & O'Carroll***
            2171 N. Vancouver
            Tulsa, OK 74127
            918-581-2464
            troc@cox.net

            **ATTORNEY FOR KIMBERLY GRAHAM**