### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIMBERLY GRAHAM**, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 23-CV-0164-CVE-SH |
| **TAMIKA WHITE**, | ) ) ) |
| Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Respondent, Tamika White, Warden of the Mabel Bassett Correctional Center, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on June 22, 2023.

Respectfully submitted,

**GENTNER F. DRUMMOND**
**ATTORNEY GENERAL OF OKLAHOMA**

s/ **JENNIFER L. CRABB**
**JENNIFER L. CRABB, OBA # 20546**
**ASSISTANT ATTORNEY GENERAL**
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921          FAX (405) 522-4534
Service email: fhc.docket@oag.ok.gov

**ATTORNEYS FOR RESPONDENT**

## CERTIFICATE OF SERVICE

**X** I hereby certify that on the on the 23rd day of June, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System and also transmitted a Notice of Electronic Filing to the following ECF registrant(s):

Richard O'Carroll
troc@cox.net
Counsel for Petitioner

s/ JENNIFER L. CRABB