OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

Mark C. McCartt  
Clerk of Court

**Northern District of Oklahoma**  
411 UNITED STATES COURTHOUSE  
333 West Fourth Street  
Tulsa, Oklahoma 74103-3819

Telephone (918) 699-4700  
Fax (918) 699-4756

July 5, 2023

Clerk of Court  
Tenth Circuit Court of Appeals  
1823 Stout Street  
Denver, Colorado 80257

IN RE:     Case No.:     23-cv-164-CVE-SH  
10th Circuit Case No.: 23-5069  
Plaintiff:     Kimberly Graham  
Defendant:     Victor Regalado, et al

Dear Clerk of Court,

    Please be advised that the record on appeal is complete. Transcripts are not necessary or already filed for the purpose of appeal.

    If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Mark C. McCartt, Clerk of Court

s/B. Conley

By: Brenda Conley, Case Administrator

cc: All counsel of record