UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIMBERLY GRAHAM,** | ) |
| **Petitioner,** | ) ) ) |
| v. | ) ) Case No. 23-CV-0164-CVE-SH |
| **TAMIKA WHITE, Warden,** | ) ) ) |
| **Respondent.** | ) ) |

**ORDER**

On June 22, 2023, this Court entered an opinion and order (Dkt. # 14) granting petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. # 1) and entered judgment (Dkt. # 15) in petitioner's favor. Respondent appealed. Dkt. # 20. On May 17, 2024, the United States Court of Appeals for the Tenth Circuit reversed this Court's decision and remanded with instructions to deny the petition. Dkt. # 28. Pursuant to the mandate issued July 9, 2024 (Dkt. # 30), the Court (1) directs the Clerk of Court to reopen this case and to reinstate the petition (Dkt. # 1); (2) denies the petition (Dkt. # 1); and (3) orders that a separate judgment in favor of respondent shall be entered forthwith.

**IT IS THEREFORE ORDERED** that:

1. the Clerk of Court shall **reopen** this case and **reinstate** the petition for writ of habeas corpus (Dkt. # 1);

2. the petition for writ of habeas corpus (Dkt. # 1) is **denied**; and

3. a separate judgment in favor of respondent shall be **entered** forthwith.

**DATED** this 9th day of July, 2024.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE