# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY GRAHAM, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 23-CV-0164-CVE-SH |
| TAMIKA WHITE, Warden, | ) ) ) |
| Respondent. | ) ) |

## JUDGMENT

In an order filed contemporaneously herewith, the Court denied petitioner Kimberly Graham's 28 U.S.C. § 2254 petition for writ of habeas corpus.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of respondent and against petitioner.

**DATED** this 9th day of July, 2024.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE